# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | MOMAN, ALVIN DELARS, SR. | § | Case No. 07-19844 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/25/2011 in Courtroom 682, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/02/2011        By:    /s/Glenn R. Heyman
                                      Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: MOMAN, ALVIN DELARS, SR. | § | Case No. 07-19844 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*            $    68,107.65

*and approved disbursements of*                  $     7,690.48

*leaving a balance on hand of* [1]               $    60,417.17

**Balance on hand:**                             $    60,417.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $    0.00
Remaining balance:                       $    60,417.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 5,003.21 | 0.00 | 5,003.21 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 7,926.00 | 0.00 | 7,926.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,215.25 | 0.00 | 1,215.25 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,192.50 | 0.00 | 1,192.50 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses:   $   15,586.96
Remaining balance:                                        $   44,830.21

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 44,830.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 44,830.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,607.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 4,745.36 | 0.00 | 4,745.36 |
| 2 | Chase Bank USA NA | 3,605.25 | 0.00 | 3,605.25 |
| 3 | LVNV Funding LLC | 8,257.35 | 0.00 | 8,257.35 |

Total to be paid for timely general unsecured claims: $ 16,607.96
Remaining balance: $ 28,222.25

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 28,222.25 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 28,222.25 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 4.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2,646.67. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $25,575.58.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Alvin Delars Moman  
    Debtor

Case No. 07-19844-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 1     Date Rcvd: Aug 03, 2011  
                    Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2011.

```
db          +Alvin Delars Moman, Sr.,   8452 S. Dante Ave.,   Chicago, IL 60619-6512
aty         +Glenn R Heyman,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
aty         +Mario M Arreola,   Geraci Law L.L.C,   55 East Monroe St Suite #3400,   Chicago, IL 60603-5920
aty         +Robert A Weisman,   33 N Lasalle Street,   32nd Floor,   Chicago, IL 60602-2606
tr          +Glenn R Heyman, ESQ,   Crane Heyman Simon Welch & Clar,   135 S Lasalle Ste 3705,
              Chicago, IL 60603-4101
11703554   ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,   Bankruptcy Department,   PO Box 183853,
              Arlington, TX 76096)
11703553    BP Oil/Citibank,   Bankruptcy Department,   PO Box 9014,   Des Moines, IA 50368
13956603    Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11703552   +Chase Card Services,   Attn: Bankruptcy Dept.,   PO Box 15153,   Wilmington, DE 19886-5153
11703545   +Citizen Automobile Finance,   Bankruptcy Department,   PO Box 42113,   Providence, RI 02940-2113
11703547   +Direct Merchants Bank,   Bankruptcy Department,   PO Box 60019,   City of Industry, CA 91716-0019
11703556   +Diversified Adjustment,   Bankruptcy Department,   600 Coon Rapids Blvd. NW,
              Minneapolis, MN 55433-5549
11703550    LVNV Funding LLC,   Bankruptcy Department,   PO Box 20363,   Greenville, SC 29603
11703555   ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
              OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,   Bankruptcy Department,   PO Box 4191,
              Carol Stream, IL 60197)
11703548   +Sears,   Bankruptcy Department,   PO Box 182149,   Columbus, OH 43218-2149
11703549   +Sears Bankruptcy Recovery,   Citibank USA Sears,   PO Box 20363,   Kansas City, MO 64195-0363
11703551   +Target National Bank,   Bankruptcy Dept.,   PO Box 59317,   Minneapolis, MN 55459-0317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13898857    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2011 01:28:03      DISCOVER BANK,
              DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
11703546    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2011 01:28:03      Discover Card,
              Bankruptcy Department,   PO Box 30395,   Salt Lake City, UT 84130
13993356    E-mail/Text: resurgentbknotifications@resurgent.com Aug 04 2011 00:38:19      LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2011**                  **Signature:** _Joseph Speetjens_