**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MOMAN, ALVIN DELARS, SR.           § Case No. 07-19844
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt: $54,297.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $19,254.63     Claims Discharged
                                                Without Payment: $0.00

Total Expenses of Administration: $23,161.35

---

    3) Total gross receipts of $ 68,108.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 25,692.06 (see **Exhibit 2**), yielded net receipts of $42,415.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,161.35 | 23,161.35 | 23,161.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 19,254.63 | 19,254.63 | 19,254.63 |
| **TOTAL DISBURSEMENTS** | $0.00 | $42,415.98 | $42,415.98 | $42,415.98 |

4) This case was originally filed under Chapter 7 on October 25, 2007. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2011         By: /s/GLENN R. HEYMAN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real property - inherited from mother | 1110-000 | 50,000.00 |
| Waddell & Reed Investment accounts inherited | 1229-000 | 15,357.83 |
| Series E Savings Bonds | 1229-000 | 2,729.52 |
| Interest Income | 1270-000 | 20.69 |
| **TOTAL GROSS RECEIPTS** | | **$68,108.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MOMAN, ALVIN DELARS, SR. | Dividend paid 100.00% on $25,692.06; Claim# SURPLUS; Filed: $25,692.06; Reference: | 8200-000 | 25,692.06 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$25,692.06** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 5,003.21 | 5,003.21 | 5,003.21 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 7,926.00 | 7,926.00 | 7,926.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 1,215.25 | 1,215.25 | 1,215.25 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,192.50 | 1,192.50 | 1,192.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 15.72 | 15.72 | 15.72 |
| Cook County Recorder of Deeds | 2500-000 | N/A | 48.00 | 48.00 | 48.00 |
| Robert A. Weisman, Ltd. | 3210-600 | N/A | 7,490.00 | 7,490.00 | 7,490.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.67 | 20.67 | 20.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 116.09 | 116.09 | 116.09 |
| The Bank of New York Mellon | 2600-000 | N/A | -116.09 | -116.09 | -116.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 23,161.35 | 23,161.35 | 23,161.35 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 4,745.36 | 4,745.36 | 4,745.36 |
| 1I | DISCOVER BANK | 7990-000 | N/A | 756.23 | 756.23 | 756.23 |
| 2 | Chase Bank USA NA | 7100-000 | N/A | 3,605.25 | 3,605.25 | 3,605.25 |
| 2I | Chase Bank USA NA | 7990-000 | N/A | 574.54 | 574.54 | 574.54 |
| 3 | LVNV Funding LLC | 7100-000 | N/A | 8,257.35 | 8,257.35 | 8,257.35 |
| 3I | LVNV Funding LLC | 7990-000 | N/A | 1,315.90 | 1,315.90 | 1,315.90 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 19,254.63 | 19,254.63 | 19,254.63 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-19844  
**Case Name:** MOMAN, ALVIN DELARS, SR.

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/25/07 (f)  
**§341(a) Meeting Date:** 12/03/07  

**Period Ending:** 11/10/11  
**Claims Bar Date:** 08/06/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Illinois Federal Checking Account | 400.00 | 0.00 | | 0.00 | FA |
| 2 | Citibank savings account | 87.00 | 0.00 | | 0.00 | FA |
| 3 | Illinois Federal Bank - savings account | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings | 800.00 | 0.00 | | 0.00 | FA |
| 5 | Books and Art Objects | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Furs and jewelry | 10.00 | 0.00 | | 0.00 | FA |
| 8 | Pension Plans and Profit Sharing | 50,000.00 | 0.00 | | 0.00 | FA |
| 9 | Buick Regal Automobile | 1,475.00 | 0.00 | | 0.00 | FA |
| 10 | 1994 Ford Taurus Automobile | 2,900.00 | 0.00 | | 0.00 | FA |
| 11 | 2001 Ford Taurus | 6,100.00 | 0.00 | | 0.00 | FA |
| 12 | Real property - inherited from mother | Unknown | Unknown | | 50,000.00 | FA |
| 13 | Waddell & Reed Investment accounts inherited (u) | Unknown | Unknown | | 15,357.83 | FA |
| 14 | Series E Savings Bonds (u) | 0.00 | 0.00 | | 2,729.52 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 20.69 | FA |
| 15 | Assets Totals (Excluding unknown values) | **$62,372.00** | **$0.00** | | **$68,108.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/30: Need to clear title to mother's RE through probate; need to hire special counsel

01/14/09: need to clear title to mother's RE through probate to attempt to sell - still pending.

06/15: liquidated inherited brokerage account; still need to sell mother's RE; bar date set

07/15: Debtor will make offer on real estate; probate almost finished.

12/2010: Will receive $50K as settlement on real estate.

05/2011: 50K rec'd, taxes prepared and filed Federal and State. Will file TFR when tax determination made.

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-19844  
**Case Name:** MOMAN, ALVIN DELARS, SR.

**Trustee:** (330360)   GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/25/07 (f)  
**§341(a) Meeting Date:** 12/03/07

**Period Ending:** 11/10/11  
**Claims Bar Date:** 08/06/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   February 28, 2010     **Current Projected Date Of Final Report (TFR):**   July 11, 2011  (Actual)

Printed: 11/10/2011 11:15 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-19844  
**Case Name:** MOMAN, ALVIN DELARS, SR.  

**Taxpayer ID #:** **-***8512  
**Period Ending:** 11/10/11  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/13/09 | {14} | Alvin Moman | Liquidation of Series E Savings Bond | 1229-000 | 2,729.52 | | 2,729.52 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 2,729.57 |
| 06/17/09 | {13} | Waddell & Reed Advisors Funds | Liquidation of Waddell & Reed Mutual Fund Account | 1229-000 | 15,357.83 | | 18,087.40 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 18,087.76 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,088.52 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,089.28 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,090.01 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 18,090.74 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,091.50 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.76 | | 18,092.26 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.71 | | 18,092.97 |
| 02/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2009 FOR CASE #07-19844, Bond #016026455 | 2300-000 | | 15.72 | 18,077.25 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 18,077.93 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.81 | | 18,078.74 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 18,078.86 |
| 04/06/10 | | Wire out to BNYM account 9200******4965 | Wire out to BNYM account 9200******4965 | 9999-000 | -18,078.86 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15.72 | 15.72 | $0.00 |
| | | | Less: Bank Transfers | | -18,078.86 | 0.00 | |
| | | | **Subtotal** | | 18,094.58 | 15.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$18,094.58** | **$15.72** | |

{} Asset reference(s)

Printed: 11/10/2011 11:15 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-19844  
**Case Name:** MOMAN, ALVIN DELARS, SR.  
**Taxpayer ID #:** **-***8512  
**Period Ending:** 11/10/11

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | 9999-000 | 18,078.86 | | 18,078.86 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 18,079.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 18,080.80 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.04 | | 18,081.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.07 | | 18,082.91 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 18,083.99 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,084.13 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,084.28 |
| 11/22/10 | 11002 | Cook County Recorder of Deeds | Notice of Bankruptcy Recording Fees | 2500-000 | | 48.00 | 18,036.28 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 18,036.42 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.15 | | 18,036.57 |
| 01/10/11 | 11003 | Robert A. Weisman, Ltd. | Payment of special counsel fees | 3210-600 | | 7,490.00 | 10,546.57 |
| 01/25/11 | {12} | Alvin Moman | Settlement proceeds for real estate inherited from mother | 1110-000 | 50,000.00 | | 60,546.57 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 0.40 | | 60,546.97 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.39 | | 60,548.36 |
| 02/28/11 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #07-19844<br> Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 20.67 | 60,527.69 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.54 | | 60,529.23 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.49 | | 60,530.72 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.54 | | 60,532.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 60,532.75 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.51 | | 60,533.26 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 116.09 | 60,417.17 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -116.09 | 60,533.26 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.39 | | 60,533.65 |
| 08/25/11 | | To Account #9200******4966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 60,533.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 68,092.32 | 68,092.32 | $0.00 |
| | | | Less: Bank Transfers | | 18,078.86 | 60,533.65 | |
| | | | **Subtotal** | | 50,013.46 | 7,558.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,013.46** | **$7,558.67** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 11/10/2011 11:15 AM     V.12.57

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-19844  
**Case Name:** MOMAN, ALVIN DELARS, SR.  

**Taxpayer ID #:** **-***8512  
**Period Ending:** 11/10/11

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******49-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/25/11 | | From Account #9200******4965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 60,533.65 | | 60,533.65 |
| 08/25/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $5,003.21, Trustee Compensation; Reference: | 2100-000 | | 5,003.21 | 55,530.44 |
| 08/25/11 | 102 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 55,280.44 |
| 08/25/11 | 103 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,192.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,192.50 | 54,087.94 |
| 08/25/11 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $7,926.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,926.00 | 46,161.94 |
| 08/25/11 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,215.25, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,215.25 | 44,946.69 |
| 08/25/11 | 106 | DISCOVER BANK | Dividend paid 100.00% on $4,745.36; Claim# 1; Account # ending xxxx 1504 | 7100-000 | | 4,745.36 | 40,201.33 |
| 08/25/11 | 107 | Chase Bank USA NA | Dividend paid 100.00% on $3,605.25; Claim# 2; Account ending in xxxx-2652 | 7100-000 | | 3,605.25 | 36,596.08 |
| 08/25/11 | 108 | LVNV Funding LLC | Dividend paid 100.00% on $8,257.35; Claim# 3; Mastercard account ending in xxxx-6541 | 7100-000 | | 8,257.35 | 28,338.73 |
| 08/25/11 | 109 | DISCOVER BANK | Dividend paid 100.00% on $756.23; Claim# 1I; Interest on Claim no. 1  Account ending in xxxx-1504 | 7990-000 | | 756.23 | 27,582.50 |
| 08/25/11 | 110 | Chase Bank USA NA | Dividend paid 100.00% on $574.54; Claim# 2I; Interest on claim no. 2  Account ending in xxxx-2652 | 7990-000 | | 574.54 | 27,007.96 |
| 08/25/11 | 111 | LVNV Funding LLC | Dividend paid 100.00% on $1,315.90; Claim# 3I; Interest on claim no. 3  MC account ending xxxx-6541 | 7990-000 | | 1,315.90 | 25,692.06 |
| 08/25/11 | 112 | MOMAN, ALVIN DELARS, SR. | Dividend paid 100.00% on $25,692.06; Claim# SURPLUS; Filed: $25,692.06; Reference: | 8200-000 | | 25,692.06 | 0.00 |

|  | | | ACCOUNT TOTALS | | 60,533.65 | 60,533.65 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 60,533.65 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 60,533.65 | |
| | | | Less: Payments to Debtors | | | 25,692.06 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$34,841.59** | |

{} Asset reference(s)

Printed: 11/10/2011 11:15 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 07-19844 | | **Trustee:** | GLENN R. HEYMAN (330360) |
| **Case Name:** | MOMAN, ALVIN DELARS, SR. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******49-66 - Checking Account |
| **Taxpayer ID #:** | **-***8512 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 11/10/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****49-65** | **18,094.58** | **15.72** | **0.00** |
| **MMA # 9200-******49-65** | **50,013.46** | **7,558.67** | **0.00** |
| **Checking # 9200-******49-66** | **0.00** | **34,841.59** | **0.00** |
| | **$68,108.04** | **$42,415.98** | **$0.00** |

{} Asset reference(s)

Printed: 11/10/2011 11:15 AM    V.12.57